| | Fill in this information to identify the case: | | |
|---|---|---|---|
| Debtor name | Ecole Academics LLC | | |
| United States Bankruptcy Court for the: _____ District of _____ (State) | | | |
| Case number (If known): _____ | | | |

RECEIVED

SEP 29 2025

TIME: 221

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Landlord Coon Rapids<br>3495 Northdale Blvd<br>Coon Rapids, MN 55448 | Ron Touchette<br>612 685 0373 | Trade debt | | | | $ 27495.56 |
| 2 | Edina Landlord<br>6550 York Ave S<br>Edina 55435 | Jess Scarella<br>651 485 7896 | Trade debt | | | | APPX. $21,000 (crossed out)<br>$ 15,895.52 |
| 3 | St. Paul Landlord<br>614 Snelling Ave S<br>St. Paul 55116 | Ahmad Hauwari<br>763 439 9611 | Trade debt | | | | APPX. $17,000 |
| 4 | Roseville Landlord<br>1913 Hwy 36<br>MN 55113 | Stuart Simek<br>651 341 3868 | Trade debt | | | | $ 42,779.06 |
| 5 | Eden Prairie Landlord<br>14675 Martin Drive<br>Suite 200<br>Eden Prairie, MN 55344 | Lisa Cornwall<br>952-944-1665 | Trade debt | | | | APPX. $ 6,000 |
| 6 | St. Cloud Landlord<br>3345 W St Germain St<br>St. Cloud, MN 56301 | Granite City RE<br>c/o Zack<br>320-257-3725 | Trade debt | | | | APPX. $ 7800 |
| 7 | Burnsville Landlord<br>170 Cobble Stone Lane<br>Burnsville MN 55337 | Wellington Management<br>Cori De Jong<br>651-999-5540 | Trade debt | | | | $ 36,982.11 |
| 8 | Maple Grove Landlord<br>7928 Main Street North<br>Maple Grove MN 55369 | Wellington Management<br>Cori De Jong<br>651-999-5540 | Trade debt | | | | $ 35,241.14 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Woodbury Landlord<br>9900 Valley Creek Road, Suite 150<br>Woodbury MN 55125 | Union Park Management<br>Joe Hughes<br>651-348-8895 | Trade debt | | | | $14,671.46 |
| 10 | Melissa Kelley<br>Previous owner | St. Cloud, MN<br>320 309 9988 | Seller's Note | | | | APROX. $97,000 |
| 11 | Sylvan Corporation<br>2350 Airport Road<br>Bedford, TX 76022 | Susan Valverde<br>410 843 8855 | Trade debt | | | | $204,295 |
| 12 | Customers from all locations<br>Many individuals | Susan Valverde<br>410 843 8855 | Trade debt | | | | ESTIMATED $100,000 |
| 13 | Suppliers and vendors<br>Many parties | many addresses | Trade debt | | | | ESTIMATED $40,000 |
| 14 | This is a partial list of creditors. Please allow time to gather | | | | | | |
| 15 | others who may come forward with legitimate claims. Thank you. | | | | | | |
| 16 | *[signature]* | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |