**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Ecole Academics LLC

Debtor(s)

Case No: 25–43198 –MAB

Chapter 11 Case

# ORDER REGARDING ATTORNEY

At Minneapolis, Minnesota.

The petition in this case was filed on behalf of the debtor on September 29, 2025. The petition was signed by **Paul Ripon** as **Principal** . The petition was not signed by an attorney as required by 28 U.S.C. § 1654, Local Rule 83.5(a) of the United States District Court, and Local Rule 9010–2 of this court. It is impossible for a debtor that is not an individual to appear without an attorney. In addition, the unauthorized practice of law is a misdemeanor under Minnesota Statutes.

The Clerk has accepted the petition for filing but the case may not proceed unless an attorney appears representing the debtor.

THEREFORE, IT IS ORDERED: This case will be dismissed unless, on or before October 9, 2025, the debtor files an application to approve employment of attorney and the attorney files a notice of appearance with the court.

Dated: 9/29/25

s/ Mychal A Bruggeman
United States Bankruptcy Judge

**mnbraty 07/24**